■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLIOT FROST, Appellant. [857 NYS2d 908]—Appeal from a judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered September 29, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. Motion seeking leave to withdraw appeal granted. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Catterson and McGuire, JJ.